**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lucyna Goryl<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7140<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | Tadeusz Goryl<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–0734<br>EIN  __–_____ |
| United States Bankruptcy Court   Northern District of Illinois | | |
| Case number:   18–16975 | | |

# Order of Discharge                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Lucyna Goryl                              Tadeusz Goryl

If the trustee has filed and served a notice pursuant to Bankruptcy Rule 3002.1(f), and no statement is timely filed by the mortgagee in response, the mortgage addressed by the notice is deemed to be fully current as of the date of the notice.

July 13, 2022                           **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                              United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Northern District of Illinois

In re:  Case No. 18-16975-JPC
Lucyna Goryl  Chapter 13
Tadeusz Goryl
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: admin      Page 1 of 3
Date Rcvd: Jul 13, 2022      Form ID: 3180W      Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Lucyna Goryl, Tadeusz Goryl, 1209 Keough, Lemont, IL 60439-8556 |
| 26824624 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Mortgage, 505 Kingsley Dr., Cincinnati, OH 45263 |
| 26869360 | | Karolina Goryl, 1209 Keough St., Lemont IL 60439-8556 |
| 26824628 | + | Mandley Deas Kochalski LLC, 1 East Wacker #1250, Chicago, IL 60601-1980 |
| 26824629 | + | Michael Butkiewicz, DDS, 12420 S. Archer Ave., Lemont, IL 60439-6733 |
| 26843193 | | Todd J. Ruchman, Fifth Third Mortgage Company, P.O. Box 165028, Columbus OH 43216-5028 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 26824620 | + | Email/Text: bankruptcy@cavps.com | Jul 13 2022 22:33:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive #400, Valhalla, NY 10595-2321 |
| 26824621 | | EDI: COMCASTCBLCENT | Jul 14 2022 02:28:00 | Comcast Chicago, 1500 McConnor Pkwy., Schaumburg, IL 60173-4399 |
| 26824622 | + | EDI: WFNNB.COM | Jul 14 2022 02:28:00 | Comenity Bank, PO Box 182789, Columbus, OH 43218-2789 |
| 26824623 | + | EDI: WFNNB.COM | Jul 14 2022 02:28:00 | Comenity Bank/Talbots, PO Box 182789, Columbus, OH 43218-2789 |
| 27457906 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 13 2022 22:33:00 | Fifth Third Bank, 5001 Kingsley Drive, 1MOBBW, Cincinnati, OH 45227-1114 |
| 26897766 | + | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 13 2022 22:33:00 | Fifth Third Mortgage Company, 5001 Kingsley Drive, 1MOBBW, Cincinnati, Ohio 45227-1114 |
| 26841897 | | Email/Text: amps@manleydeas.com | Jul 13 2022 22:33:00 | Fifth Third Mortgage Company, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 26824625 | + | EDI: AMINFOFP.COM | Jul 14 2022 02:28:00 | First Premier Bank, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 26824626 | | EDI: JEFFERSONCAP.COM | Jul 14 2022 02:28:00 | Jefferson Capital LLC, 16 McLeland Rd., Saint Cloud, MN 56303-2198 |
| 26824627 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 22:41:41 | LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 26932201 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 13 2022 22:41:33 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

Case 18-16975 Doc 75 Filed 07/15/22 Entered 07/15/22 23:11:00 Desc Imaged
Certificate of Notice Page 4 of 5

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 13, 2022 | Form ID: 3180W | Total Noticed: 27 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 26953929 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2022 22:33:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 26824630 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 13 2022 22:33:00 | Midland Funding LLC, 8875 Aero Dr., Suite 200, San Diego, CA 92123-2255 |
| 26824631 | | EDI: PRA.COM | Jul 14 2022 02:28:00 | Portfolio Recovery Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502 |
| 27007910 | | EDI: PRA.COM | Jul 14 2022 02:28:00 | Portfolio Recovery Associates, LLC, Successor to BARCLAYS BANK DELAWARE, (BARCLAYCARD), POB 41067, Norfolk, VA 23541 |
| 27007911 | | EDI: PRA.COM | Jul 14 2022 02:28:00 | Portfolio Recovery Associates, LLC, Successor to CAPITAL ONE BANK, N.A., (CAPITAL ONE BANK, N.A.), POB 41067, Norfolk, VA 23541 |
| 27007912 | | EDI: PRA.COM | Jul 14 2022 02:28:00 | Portfolio Recovery Associates, LLC, Successor to CAPITAL ONE BANK, N.A., (RCS DIRECT MARKETING/HOUSEHOLD BANK), POB 41067, Norfolk, VA 23541 |
| 26935695 | + | EDI: JEFFERSONCAP.COM | Jul 14 2022 02:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 26837031 | | EDI: Q3G.COM | Jul 14 2022 02:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 26829648 | + | EDI: RMSC.COM | Jul 14 2022 02:28:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 26824632 | | EDI: AISTMBL.COM | Jul 14 2022 02:28:00 | T-Mobile, Attn: Bankruptcy, PO Box 53410, Bellevue, WA 98015-3410 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 27009657 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Successor to Barclays Bank Delaware, (Barclaycard), POB 41067, Norfolk, VA 23541 |
| 26830345 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| aty | ##+ | Robert W Harrer, Chicago Consumer Law Center, P.C., 111 W. Washington St., Suite 1360, Chicago, IL 60602-3451 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 15, 2022      Signature:      /s/Gustava Winters

District/off: 0752-1 User: admin Page 3 of 3
Date Rcvd: Jul 13, 2022 Form ID: 3180W Total Noticed: 27

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Adam B Hall | on behalf of Creditor Fifth Third Bank amps@manleydeas.com |
| Arthur Corbin | on behalf of Debtor 1 Lucyna Goryl arthur@corbin-law.com corbinar96709@notify.bestcase.com |
| Bryan Paul Thompson | on behalf of Debtor 1 Lucyna Goryl bryan.thompson@cclc-law.com thompsonbr91658@notify.bestcase.com;ecf-b12b80f7b988@ecf.pacerpro.com;maria.fernandez@cclc-law.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Thomas H. Hooper | thomas.h.hooper@chicagoch13.com |
| Todd J Ruchman | on behalf of Creditor Fifth Third Bank amps@manleydeas.com |

TOTAL: 6